PROB 12B
ED/AR (12/2012)

# United States District Court

## for the

## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 19 2017

JAMES W. McCORMACK, CLERK
By /s/ Melanie
                DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kelsey Latonio Adams        Case Number: 0860 4:13CR00239-001

Name of Sentencing Judicial Officer:   Honorable Billy Roy Wilson
                                       Senior United States District Judge

Original Offense:   Conspiracy To Possess Stolen Mail

Date of Sentence:   February 06, 2014

Original Sentence:  15 months Bureau of Prisons followed by 36 months supervised release

Type of Supervision: Term Of Supervised Release

Date Supervision Commenced: February 6, 2015
Date Supervision Expires: February 5, 2018

U. S. Probation Officer: Sara E Carruth       Asst. U.S. Attorney: Cameron McCree       Defense Attorney: To be appointed

---

## PETITIONING THE COURT

☐  To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒  To modify the conditions of supervision as follows:

**The defendant will reside and participate in a residential reentry center at the City of Faith in Little Rock, Arkansas, for a period of three months, to commence immediately when placement is established, and will abide by all the rules and regulations of that facility.**

## CAUSE

On July 5, 2016, Mr. Adams submitted a urine specimen which tested presumptively positive for the use of cocaine.

On July 15 and 18, 2016, Mr. Adams submitted urine specimens which tested and confirmed positive for the use of cocaine.

On August 26, 2016, Mr. Adams failed to report for a random urine screen.

On August 31, 2016, Mr. Adams failed to attend Substance Abuse Moral Reconation Therapy (MRT).

Mr. Adams failed to make restitution payments during the months of July, August, October, and December 2015; January, March, May, June, August, September, and November 2016.

| | | |
|---|---|---|
| Prob 12B | - 2 - | Request for Modifying the Conditions or Term of Supervision With Consent of the Offender |

Name of Offender: Kelsey Latonio Adams                  Case Number: 0860 4:13CR00239-001

On September 27, 2016, Mr. Adams submitted a urine specimen which tested and confirmed positive for the use of cocaine.

On November 30, 2016, Mr. Adams failed to attend Substance Abuse MRT group.

In an effort to minimize Mr. Adams' reentry barriers and allow him to maintain his employment, it is respectfully recommended the conditions of his supervision be modified to include three months in the residential reentry center at the city of Faith in Little Rock, Arkansas.

On November 14, 2016, Federal Public Defender Kim Driggers contacted Mr. Adams telephonically to review the waiver of hearing to modify conditions of probation with him. On November 15, 2016, Mr. Adams signed a Prob 49, Waiver of Hearing to Modify Conditions of Supervised Release, agreeing to the modification.

Sara E Carruth
U.S. Probation Officer

Date: December 16, 2016

Cameron McCree
Assistant U.S. Attorney

Date: Jan. 12, 2017

Approved by:

Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

Honorable Billy Roy Wilson
United States District Judge

01-19-2017
Date

| | | |
|---|---|---|
| Prob 12B | - 3 - | Request for Modifying the<br>Conditions or Term of Supervision<br>With Consent of the Offender |
| Name of Offender: Kelsey Latonio Adams | | Case Number: 0860 4:13CR00239-001 |

c:  Assistant Federal Public Defender Latrece Gray
    Assistant U.S. Attorney Cameron McCree